UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JANET D. ARDOIN | * | CIVIL ACTION NO. 06-0064 |
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes after an independent review of the record that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

ORDERED, ADJUDGED AND DECREED that the Commissioner's decision be REVERSED, and the claimant be awarded appropriate benefits commencing December 24, 2002.

Thus done and signed in Lafayette, Louisiana, this 28th day of November, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE